UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| EDWARD WILLIAMS, | CASE NO. 1:09 CV 2178 |
| Plaintiffs, | JUDGE CHRISTOPHER A. BOYKO |
| v. | |
| SUMMIT COUNTY AUDITOR, | ORDER OF DISMISSAL |
| Defendants. | |

In an order dated October 5, 2005, Edward Williams was enjoined, because of his repeated filing of frivolous lawsuits, from filing any new lawsuits in this court without seeking and obtaining leave of court.  *Williams v. Donifrio*, N.D. Ohio Case No. 5:05 CV 1985.  As Mr. Williams did not seek and obtain leave before filing this action as required by the aforementioned order, this case is dismissed.

IT IS SO ORDERED.

S/Christopher A. Boyko
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

September 28, 2009